PEOPLE *ex. rel.* MARKHAM *v.* THE JUDGES OF CASS CIRCUIT COURT.

Under the justice's act of 1841, (S. L. 1841, pp. 112, 113,*) before a *certiorari* to a justice of the peace can regularly issue from the circuit court, the affidavit to procure the allowance thereof, and the allowance of the same endorsed thereon by a judge of this court, must be filed with the clerk of the circuit court; and if issued before such affidavit and allowance are filed, the cause will, on motion, be dismissed by the circuit court for want of jurisdiction.

*N. Bacon,* for relator.                    *C. Dana,* for defendant.

* See R. S. 1846, ch. 92, § 49.